# Exhibit 21

## Arnold & Porter Kaye Scholer LLP

### Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00001 | 2626601 | 3/4/2010 | $6,026.25 | - | $6,026.25 | ($6,026.25) | 4/19/2010 | - | |
| | 2631064 | 4/12/2010 | $8,723.50 | - | $8,723.50 | ($8,723.50) | 4/26/2010 | - | |
| | 2632796 | 5/4/2010 | - | - | $268.55 | ($268.55) | 5/4/2010 | - | |
| | 2633095 | 5/10/2010 | $15,940.05 | $77.90 | $16,017.95 | ($16,017.95) | 6/1/2010 | - | |
| | 2635694 | 6/8/2010 | $19,094.80 | $132.50 | $19,227.30 | ($19,227.30) | 7/26/2010 | - | |
| | 2646735 | 10/6/2010 | $2,511.85 | - | $2,511.85 | ($2,511.85) | 12/14/2010 | - | |
| | 2653901 | 12/9/2010 | $20,368.60 | - | $20,368.60 | ($20,368.60) | 1/4/2011 | - | |
| | 2657645 | 1/28/2011 | $15,000.00 | - | $15,000.00 | ($15,000.00) | 2/15/2011 | - | |
| | 2663115 | 3/15/2011 | $20,855.40 | - | $20,855.40 | ($20,855.40) | 3/28/2011 | - | |
| | 2676549 | 8/9/2011 | $1,173.75 | $319.95 | $1,493.70 | ($1,493.70) | 9/13/2011 | - | |
| | 2679893 | 9/12/2011 | $830.70 | - | $830.70 | ($830.70) | 10/3/2011 | - | |
| | 2682560 | 10/11/2011 | $13,970.50 | $661.75 | $14,632.25 | ($14,632.25) | 11/8/2011 | - | |
| | 2685991 | 11/14/2011 | $6,535.85 | - | $6,535.85 | ($6,535.85) | 12/20/2011 | - | |
| | 2688474 | 12/12/2011 | $1,927.50 | $224.25 | $2,151.75 | ($2,151.75) | 12/19/2011 | - | |
| | 2696544 | 3/31/2012 | $14,797.45 | $449.09 | $15,246.54 | ($15,246.54) | 4/24/2012 | - | |
| | 2702756 | 5/14/2012 | $1,401.60 | $131.25 | $1,532.85 | ($1,532.85) | 7/31/2012 | - | |
| | 2705166 | 6/18/2012 | $2,372.50 | $45.06 | $2,417.56 | ($2,417.56) | 7/31/2012 | - | |
| | 2708329 | 7/17/2012 | $1,371.15 | - | $1,371.15 | ($1,371.15) | 8/14/2012 | - | |
| | 2711502 | 8/16/2012 | $392.35 | - | $392.35 | ($392.35) | 9/4/2012 | - | |
| | 2713751 | 9/13/2012 | $1,114.50 | - | $1,114.50 | ($1,114.50) | 10/10/2012 | - | |
| | 2720986 | 11/20/2012 | $3,804.90 | $2,660.57 | $6,465.47 | ($6,465.47) | 12/18/2012 | - | |
| | 2722890 | 12/10/2012 | $12,924.75 | $84.81 | $13,009.56 | ($13,009.56) | 12/18/2012 | - | |
| | 2727062 | 1/29/2013 | $2,400.00 | - | $2,400.00 | ($2,400.00) | 2/19/2013 | - | |
| | 2728997 | 2/21/2013 | $6,231.90 | $99.00 | $6,330.90 | ($6,330.90) | 4/12/2013 | - | |
| | 2731658 | 3/25/2013 | $481.90 | - | $481.90 | ($481.90) | 4/22/2013 | - | |
| | 2734523 | 4/22/2013 | $15,301.05 | $125.00 | $15,426.05 | ($15,426.05) | 5/7/2013 | - | |
| | 2737633 | 5/22/2013 | $11,602.85 | - | $11,602.85 | ($11,602.85) | 6/4/2013 | - | |
| | 2745613 | 8/26/2013 | $713.70 | - | $713.70 | ($713.70) | 9/13/2013 | - | |
| | 2747225 | 9/10/2013 | $4,542.50 | - | $4,542.50 | ($4,542.50) | 9/23/2013 | - | |
| | 2749882 | 10/7/2013 | $1,401.05 | - | $1,401.05 | ($1,401.05) | 10/15/2013 | - | |
| | 2754424 | 11/15/2013 | $5,245.00 | $1,100.00 | $6,345.00 | ($6,345.00) | 11/22/2013 | - | |
| | 2756477 | 12/10/2013 | - | $3,000.00 | $3,000.00 | ($3,000.00) | 1/8/2014 | - | |
| | 2760179 | 1/13/2014 | $1,283.75 | - | $1,283.75 | ($1,283.75) | 1/21/2014 | - | |
| | 2762871 | 2/20/2014 | $103.95 | - | $103.95 | ($103.95) | 3/24/2014 | - | |
| | 2775031 | 7/22/2014 | $1,815.30 | - | $1,815.30 | ($1,815.30) | 8/4/2014 | - | |
| | 2777180 | 8/25/2014 | $1,665.30 | - | $1,665.30 | ($1,665.30) | 10/27/2014 | - | |
| | 2780144 | 9/24/2014 | $4,258.90 | $484.50 | $4,743.40 | ($4,743.40) | 10/6/2014 | - | |
| | 2783712 | 11/14/2014 | $13,429.65 | - | $13,429.65 | ($13,429.65) | 11/24/2014 | - | |
| | 2786881 | 12/24/2014 | $753.45 | - | $753.45 | ($753.45) | 12/31/2014 | - | |
| | 2791361 | 2/19/2015 | $868.75 | - | $868.75 | ($868.75) | 3/9/2015 | - | |
| | 2794345 | 3/30/2015 | $137.70 | - | $137.70 | ($137.70) | 4/30/2015 | - | |
| | 2805139 | 7/31/2015 | $1,446.25 | - | $1,446.25 | ($1,446.25) | 8/17/2015 | - | |
| | 2807022 | 8/21/2015 | $70.00 | $250.50 | $320.50 | ($320.50) | 2/1/2016 | - | |
| | | General - Total | $244,890.90 | $9,846.13 | $255,005.58 | ($255,005.58) | | - | - |
| | | GRAND TOTAL | $244,890.90 | $9,846.13 | $255,005.58 | ($255,005.58) | | - | - |

1
6/15/2018 11:09:17 AM

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      March 4, 2010
40 West 57th Street
New York, New York 10019
Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 626801
**Our File Number:** 00647/0001                              **PAGE:**    1

===============================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

===============================================================

|  |  | Hours |
|---|---|---|
| 01/12/2010 | Ben-Jacob, Michael | 1.00 |
|  | ███████████████████████████████ |  |
| 01/21/2010 | Ben-Jacob, Michael | 0.67 |
|  | ███████████████████████████████ |  |
| 01/22/2010 | Ben-Jacob, Michael | 0.08 |
|  | ███████████████████████████████ |  |
| 01/22/2010 | Ben-Jacob, Michael | 0.08 |
|  | ███████████████████████████████ |  |
| 02/02/2010 | Migliaccio, Christopher | 2.75 |
|  | ███████████████████████████████ |  |
| 02/03/2010 | Migliaccio, Christopher | 1.00 |
|  | ███████████████████████████████ |  |
| 02/04/2010 | Migliaccio, Christopher | 1.50 |
|  | ███████████████████████████████ |  |
| 02/05/2010 | Ben-Jacob, Michael | 0.17 |
|  | ███████████████████████████████ |  |
| 02/05/2010 | Migliaccio, Christopher | 2.75 |
|  | ███████████████████████████████ |  |
| 02/11/2010 | Ben-Jacob, Michael | 0.25 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          **WH_MDL_00355008**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      March 4, 2010

RE: General                                                    **Invoice#:** 626801
**Our File Number:** 00647/0001                                **PAGE:**    2

════════════════════════════════════════════════════════════════════

██████████████████████████████████████████

02/11/2010  Migliaccio, Christopher                                    3.50

███████████████████████████████████████████

                                                    ----------
                              Total Hours................    13.75
                    Fees through 02/28/2010....................    $6,026.25


         *---------------------------------TIME AND FEE SUMMARY---------------------------------*
                                      Rate          Hours          Fees
         Ben-Jacob, Michael           $685.00        2.25       $1,541.25
         Migliaccio, Christopher       390.00       11.50        4,485.00

                 Fees through 02/28/2010..............    13.75       $6,026.25


         Fees this Invoice..........................................................    $6,026.25
         **Total Due this Invoice.............................................**    **$6,026.25**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                      WH_MDL_00355009

KAYE SCHOLER LLP

TO:    Argre Management LLC                                                            March 4, 2010

   **RE:** General                                                          **Invoice#:** 626801
   **Our File Number:** 00647/0001                                                  **PAGE:**    3

===============================================================================

Kaye Scholer LLP

                                                            425 Park Avenue
                                                            New York, NY  10022-3598
                                                            212-836-8000
                                                            Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 626801
Total Amount Due: $6,026.25



**425 Park Avenue**
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    April 12, 2010
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 631064
**Our File Number:** 00647/0001                                    **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2010

|  |  | Hours |
|---|---|---|
| 01/20/2010 | Tuchman, L. | 0.50 |
| 01/20/2010 | Tuchman, L. | 0.50 |
| 01/20/2010 | Tuchman, L. | 0.58 |
| 01/21/2010 | Ben-Jacob, Michael | 0.67 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 02/02/2010 | Ben-Jacob, Michael | 1.00 |
| 03/16/2010 | Ben-Jacob, Michael | 0.75 |

01/21/2010 (Ben-Jacob) / 03/16/2010 (Ben-Jacob): Call w/Matt re tax credits for German withholding on dividends; follow up meeting w/Greg.

KAYE SCHOLER LLP

TO:   Argre Management LLC                                         April 12, 2010

RE: General                                          **Invoice#:** 631064
**Our File Number:** 00647/0001                          **PAGE:**   2

| | | |
|---|---|---|
| 03/16/2010 | Benson, Gregg M | 2.50 |
| | Discuss with mbj; foreign tax credit research and review of notice 98-5. | |
| 03/18/2010 | Ben-Jacob, Michael | 1.17 |
| | Meeting w/Greg re: Foreign tax credit questions re: Irish/German investment review/edit email to Matt w/conclusions. | |
| 03/18/2010 | Benson, Gregg M | 3.75 |
| | Research regarding foreign tax credits through a pass-through; review notice 98-5; discuss with mbj; prepare email summary. | |
| 03/22/2010 | Ben-Jacob, Michael | 0.58 |
| | Call w/John; foreign tax credit matters; related meeting w/Argre re foreign source income questions. | |
| 03/22/2010 | Veillette, Rebecca | 0.50 |

Total Hours.................   13.01

Fees through 03/31/2010.....................................   $8,723.50

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 4.17 | $2,856.45 |
| Tuchman, L. | 870.00 | 2.09 | 1,818.30 |
| Benson, Gregg M | 625.00 | 6.25 | 3,906.25 |
| Veillette, Rebecca | 285.00 | 0.50 | 142.50 |
| Fees through 03/31/2010............... | | 13.01 | $8,723.50 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355012

KAYE SCHOLER LLP

TO:    Argre Management LLC                                        April 12, 2010

   **RE:** General                                      **Invoice#:** 631064
   **Our File Number:** 00647/0001                          **PAGE:**   3

===============================================================================

| Invoice# | Date | Amount |
|---|---|---|
| 626801 | 03/04/2010 | $6,026.25 |
| Prior Balance Due............................................................. | | $6,026.25 |

| | |
|---|---|
| Fees this Invoice............................................................. | $8,723.50 |
| Total Due this Invoice...................................................... | $8,723.50 |
| Prior Balance Due (from above).................................... | 6,026.25 |
| **TOTAL DUE**.............................................................. | **$14,749.75** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    WH_MDL_00355013

KAYE SCHOLER LLP

TO:    Argre Management LLC                                            April 12, 2010

   **RE:** General                                             **Invoice#:** 631064
   **Our File Number:** 00647/0001                                  **PAGE:**    4

═══════════════════════════════════════════════════════════════════════════

Kaye Scholer LLP

                                              425 Park Avenue
                                              New York, NY  10022-3598
                                              212-836-8000
                                              Fed. ID No. 13-1672623


CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 631064
Total Amount Due: $14,749.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355014**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    May 4, 2010
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com
       Attn: John H. van Merkensteijn, III


       **RE:** General                                    **Invoice#:** 632796
       **Our File Number:** 00647/0001                    **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/04/2010

On-Account Fees.................................................    $268.55
Adjusted Fees..............................................................        $268.55
**Total Due this Invoice...................................................**        **$268.55**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355015



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 632796
Total Amount Due: $268.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                       May 10, 2010
           40 West 57th Street
           New York, New York  10019
           Attn: John H. van Merkensteijn, III

**RE:** General                                         **Invoice#:** 633095
**Our File Number:** 00647/0001                 **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2010

|  |  | **Hours** |
|---|---|---|
| 04/16/2010 | Tuchman, L. | 0.75 |
|  | ███████████████████████████ |  |
| 04/19/2010 | Ben-Jacob, Michael | 1.08 |
|  | Attention to matters needed for Irish/German dividend deal. |  |
| 04/20/2010 | Tuchman, L. | 0.75 |
|  | ███████████████████████████ |  |
| 04/22/2010 | Tuchman, L. | 0.33 |
|  | ███████████████████████ |  |
| 04/23/2010 | Ben-Jacob, Michael | 2.17 |
|  | ███████████████████████ |  |
| 04/23/2010 | Tuchman, L. | 4.25 |
|  | ███████████████████████ |  |
| 04/26/2010 | Ben-Jacob, Michael | 1.17 |
|  | ███████████████████████ |  |
| 04/27/2010 | Ben-Jacob, Michael | 0.25 |
|  | ███████████████████████ |  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**         **WH_MDL_00355017**

**KAYE SCHOLER** LLP

TO:    Argre Management LLC                                      May 10, 2010

RE: General                                               **Invoice#:** 633095
**Our File Number:** 00647/0001                              **PAGE:**    2

═══════════════════════════════════════════════════════════════════════

| 04/27/2010 | Schneider, W.H. | | 0.25 |
|---|---|---|---|

04/27/2010    Tuchman, L.                                          4.58

04/28/2010    Ben-Jacob, Michael                                   0.25

04/28/2010    Tuchman, L.                                          4.25
Meeting with J. van Merkensteijn, M. Stein, A. LaRossa, J. Lhote and
conference call with potential investor; office conferences with M. Ben-
Jacob re: proposed structure; revision of steps outline and charts; research
carried interest issues and office conference with G. Benson.

04/29/2010    Ben-Jacob, Michael                                   0.83

04/29/2010    Schneider, W.H.                                      0.25

04/29/2010    Tuchman, L.                                          1.83

                                              ----------
                              Total Hours.................  22.99

            Fees through 04/30/2010..................................   $18,940.05


*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 5.75 | $3,938.75 |
| Schneider, W.H. | 875.00 | 0.50 | 437.50 |
| Tuchman, L. | 870.00 | 16.74 | 14,563.80 |
| Fees through 04/30/2010............... | | 22.99 | $18,940.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355018**

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                          May 10, 2010

RE: General                                                 **Invoice#:** 633095
**Our File Number:** 00647/0001                              **PAGE:**   3

=========================================================================

```
*-----------------------COSTS ADVANCED THROUGH 04/30/2010-----------------------*
        Meals                                          $77.90
                                                ------------------
            Total Costs through 04/30/2010.......................    $77.90
```

| | | |
|---|---|---|
| Fees this Invoice................................................... | $18,940.05 | |
| Less Discount of................................................. | (3,000.00) | |
| Adjusted Fees........................................................ | | $15,940.05 |
| Costs this Invoice................................................... | | $77.90 |
| Total Due this Invoice............................................ | | $16,017.95 |
| Applied On-account Value........................................... | | (268.55) |
| **TOTAL DUE**........................................................ | | **$15,749.40** |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          May 10, 2010

    **RE:** General                                                    **Invoice#:** 633095
    **Our File Number:** 00647/0001                                      **PAGE:**    4

==========================================================================

Kaye Scholer LLP

                                                    425 Park Avenue
                                                    New York, NY  10022-3598
                                                    212-836-8000
                                                    Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 633095
Total Amount Due: $15,749.40

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355020**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    June 8, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 635694
**Our File Number:** 00647/0001                    **PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

| | | Hours |
|---|---|---|
| 03/01/2010 | Veillette, Rebecca | 1.50 |
| 03/01/2010 | Veillette, Rebecca | 1.00 |
| 03/03/2010 | Veillette, Rebecca | 0.17 |
| 04/25/2010 | Tuchman, L. | 2.75 |
| 04/26/2010 | Tuchman, L. | 3.83 |
| 04/30/2010 | Tuchman, L. | 1.33 |
| 05/02/2010 | Tuchman, L. | 1.75 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    June 8, 2010

RE: General                                          **Invoice#:** 635694
**Our File Number:** 00647/0001                         **PAGE:**   2

=================================================================

| | | |
|---|---|---|
| 05/03/2010 | Tuchman, L. | 0.75 |
| | Telephone conferences with M. Stein and J. Van Merkensteijn. | |
| 05/03/2010 | Benson, Gregg M | 4.00 |
| | ██████████████████████████████ | |
| 05/04/2010 | Tuchman, L. | 0.75 |
| | ██████████████████████████████ | |
| 05/05/2010 | Tuchman, L. | 0.75 |
| | ██████████████████████████████ | |
| 05/05/2010 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob; telephone conference client and review of material re investments. | |
| 05/06/2010 | Tuchman, L. | 1.00 |
| | ██████████████████████████████ | |
| 05/06/2010 | Woodard, A.F. | 1.50 |
| | Review of material re possible investment strategies. | |
| 05/07/2010 | Woodard, A.F. | 0.67 |
| | ██████████████████████████████ | |
| 05/09/2010 | Tuchman, L. | 1.00 |
| | ███████████████ | |
| 05/10/2010 | Woodard, A.F. | 0.25 |
| | ███████████████ | |

                                              -----------
                              Total Hours................  24.75

            Fees through 05/31/2010...................  $19,094.80


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355022**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    June 8, 2010

RE: General                                        **Invoice#:** 635694
**Our File Number:** 00647/0001                        **PAGE:**    3

---

|                      | Rate     | Hours | Fees        |
|----------------------|----------|-------|-------------|
| Tuchman, L.          | $870.00  | 13.91 | $12,101.70  |
| Woodard, A.F.        | 895.00   | 4.17  | 3,732.15    |
| Benson, Gregg M      | 625.00   | 4.00  | 2,500.00    |
| Veillette, Rebecca   | 285.00   | 2.67  | 760.95      |
| Fees through 05/31/2010............... |  | 24.75 | $19,094.80  |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2010-----------------------\*

| Transportation | $132.50 |
|---|---|
| Total Costs through 05/31/2010........................ | $132.50 |

| Fees this Invoice.......................................................... | $19,094.80 |
|---|---|
| Costs this Invoice......................................................... | $132.50 |
| **Total Due this Invoice................................................** | **$19,227.30** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355023**

KAYE SCHOLER LLP

TO:     Argre Management LLC                                          June 8, 2010

    **RE:** General                                              **Invoice#:** 635694
    **Our File Number:** 00647/0001                              **PAGE:**     4

=================================================================================

Kaye Scholer LLP

                                          425 Park Avenue
                                        New York, NY  10022-3598
                                        212-836-8000
                                        Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 635694
Total Amount Due: $19,227.30

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355024**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    October 6, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                     **Invoice#:** 646735
**Our File Number:** 00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|            |                    | Hours |
|------------|--------------------|-------|
| 09/07/2010 | Ben-Jacob, Michael | 0.33  |
| 09/20/2010 | Tuchman, L.        | 0.42  |
| 09/21/2010 | Ben-Jacob, Michael | 0.50  |
| 09/21/2010 | Tuchman, L.        | 0.42  |
| 09/27/2010 | Ben-Jacob, Michael | 0.50  |
| 09/27/2010 | Tuchman, L.        | 1.00  |

Total Hours................ 3.17

Fees through 09/30/2010................................... $2,511.85

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                    | Rate     | Hours | Fees     |
|--------------------|----------|-------|----------|
| Ben-Jacob, Michael | $685.00  | 1.33  | $911.05  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355025**

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                            October 6, 2010

     **RE:** General                                       **Invoice#:** 646735

     **Our File Number:** 00647/0001                  **PAGE:**   2

---

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 1.84 | 1,600.80 |
| Fees through 09/30/2010............... | | 3.17 | $2,511.85 |

Fees this Invoice.............................................................    $2,511.85

**Total Due this Invoice..............................................**    **$2,511.85**

**NET DUE UPON RECEIPT**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 646735
Total Amount Due: $2,511.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                 December 9, 2010
      40 West 57th Street
      New York, New York  10019
      Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 653901
**Our File Number:** 00647/0001                          **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|            |                          | Hours |
|------------|--------------------------|-------|
| 11/09/2010 | Ben-Jacob, Michael       | 1.67  |
|            | Call with Matt regarding dividend transaction.  Related conference with Gary. | |
| 11/11/2010 | Ben-Jacob, Michael       | 0.25  |
| 11/11/2010 | Soloveichik, Sarah       | 0.17  |
| 11/12/2010 | Ben-Jacob, Michael       | 0.33  |
| 11/17/2010 | Tuchman, L.              | 2.75  |
| 11/18/2010 | Ben-Jacob, Michael       | 0.33  |
| 11/18/2010 | Gartner, Gary J          | 1.00  |
| 11/18/2010 | Tuchman, L.              | 0.83  |
| 11/19/2010 | Ben-Jacob, Michael       | 0.17  |
| 11/19/2010 | Gartner, Gary J          | 1.83  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355028**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                December 9, 2010

  **RE:** General                                          **Invoice#:** 653901
  **Our File Number:** 00647/0001                               **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════════



| | | |
|---|---|---|
| 11/22/2010 | Ben-Jacob, Michael | 0.58 |
| 11/22/2010 | Gartner, Gary J | 1.42 |
| 11/23/2010 | Ben-Jacob, Michael | 5.00 |
| 11/23/2010 | Scheine, Jeffrey D | 5.00 |
| 11/24/2010 | Ben-Jacob, Michael | 0.92 |
| 11/24/2010 | Gartner, Gary J | 1.92 |
| 11/24/2010 | Tuchman, L. | 0.58 |
| 11/30/2010 | Gartner, Gary J | 0.92 |
| 11/30/2010 | Tuchman, L. | 2.00 |

                                        ----------
                          Total Hours................  27.67

            Fees through 11/30/2010...................    $22,438.45


  *----------------------------------TIME AND FEE SUMMARY----------------------------------*
                                  Rate       Hours        Fees
    Ben-Jacob, Michael        $685.00        9.25     $6,336.25
    Gartner, Gary J            930.00        7.09      6,593.70
    Scheine, Jeffrey D         820.00        5.00      4,100.00

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355029**

**K**AYE SCHOLER LLP

TO:  Argre Management LLC                                      December 9, 2010

RE: General                                                **Invoice#:** 653901
**Our File Number:** 00647/0001                            **PAGE:**   3

===================================================================================

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 6.16 | 5,359.20 |
| Soloveichik, Sarah | 290.00 | 0.17 | 49.30 |
| Fees through 11/30/2010.............. | | 27.67 | $22,438.45 |


\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 646735 | 10/06/2010 | $2,511.85 |
| Prior Balance Due........................................................ | | $2,511.85 |


| | | |
|---|---|---|
| Fees this Invoice................................. | $22,438.45 | |
| Less Discount of................................. | (2,069.85) | |
| Adjusted Fees........................................................ | | $20,368.60 |
| Total Due this Invoice........................................ | | $20,368.60 |
| Prior Balance Due (from above)................................ | | 2,511.85 |
| **TOTAL DUE**........................................................ | | **$22,880.45** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355030**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 653901
Total Amount Due: $22,880.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

WH_MDL_00355031



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                January 28, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                        **Invoice#:** 657645
**Our File Number:** 00647/0001                             **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

|            |                                                                                           | **Hours** |
|------------|-------------------------------------------------------------------------------------------|-----------|
| 12/01/2010 | Gartner, Gary J                                                                           | 1.75      |
|            | Telephone conference regarding withholding issue and consideration of Code provision.     |           |
| 12/01/2010 | Scheine, Jeffrey D                                                                        | 0.50      |
|            | Discussion with Louis Tuchman concerning foreign tax credit issues.                       |           |
| 12/01/2010 | Tuchman, L.                                                                               | 2.17      |
|            | Office conferences with J. Scheine and S. Soloveichik regarding proposed foreign tax credit structure; ██████████████████████ |           |
| 12/01/2010 | Soloveichik, Sarah                                                                        | 0.17      |
|            | Received background information from Louis Tuchman.                                        |           |
| 12/02/2010 | Ben-Jacob, Michael                                                                        | 1.17      |
|            | ██████████████████████████████████                                                        |           |
| 12/02/2010 | Gartner, Gary J                                                                           | 1.08      |
|            | Consider issues regarding single stock future.                                            |           |
| 12/02/2010 | Tuchman, L.                                                                               | 0.25      |
|            | Office conference with M.B. Jacobs re: domain trading.                                     |           |
| 12/03/2010 | Ben-Jacob, Michael                                                                        | 1.00      |
|            | ██████████████████████████████████                                                        |           |
| 12/03/2010 | Gartner, Gary J                                                                           | 0.83      |
|            | ██████████████████████████████████                                                        |           |
| 12/03/2010 | Soloveichik, Sarah                                                                        | 2.33      |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                              January 28, 2011

RE: General                                                             Invoice#: 657645
Our File Number: 00647/0001                                            PAGE:    2

================================================================

|  |  |  |
|---|---|---|
|  | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid. |  |
| 12/03/2010 | Soloveichik, Sarah | 0.75 |
|  | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid.  Summarized research in email to Louis Tuchman. |  |
| 12/06/2010 | Ben-Jacob, Michael | 1.58 |
|  | Call with Jerome re German tax refund/FTC questions ████████ |  |
| 12/06/2010 | Wells, Peter B | 2.58 |
|  | ██████████████████████████ |  |
| 12/07/2010 | Ben-Jacob, Michael | 1.08 |
|  | ██████████████████████████ |  |
| 12/07/2010 | Wells, Peter B | 4.42 |
|  | ██████████████████████████ |  |
| 12/08/2010 | Ben-Jacob, Michael | 1.67 |
|  | ██████████████████████████ |  |
| 12/08/2010 | Tuchman, L. | 1.25 |
|  | ██████████████████████████ |  |
| 12/08/2010 | Wells, Peter B | 1.42 |
|  | ██████████████████████████ |  |
| 12/09/2010 | Ben-Jacob, Michael | 0.33 |
|  | ██████████████████████████ |  |
| 12/09/2010 | Wells, Peter B | 1.67 |
|  | ██████████████████████████ |  |
| 12/15/2010 | Ben-Jacob, Michael | 0.25 |
|  | ██████████████████████████ |  |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

**K**AYE SCHOLER LLP

| | |
|---|---|
| TO:    Argre Management LLC | January 28, 2011 |

|  |  |
|---|---|
| **RE:** General | **Invoice#:** 657645 |
| **Our File Number:** 00647/0001 | **PAGE:**    3 |

═══════════════════════════════════════════════════════════

| Date | Name | | Hours |
|---|---|---|---|
| 12/21/2010 | Ben-Jacob, Michael | ██████████████████ | 0.50 |
| 12/22/2010 | Ben-Jacob, Michael | ██████████████████ | 0.25 |
| 12/28/2010 | Wells, Peter B | ██████████████████████████ | 1.17 |
| 12/30/2010 | Wells, Peter B | ████████████████ | 0.25 |

Total Hours................  30.42

Fees through 12/31/2010....................................  $18,780.00

\*-----------------------------------TIME AND FEE SUMMARY--------------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 7.83 | $5,363.55 |
| Gartner, Gary J | 930.00 | 3.66 | 3,403.80 |
| Scheine, Jeffrey D | 820.00 | 0.50 | 410.00 |
| Tuchman, L. | 870.00 | 3.67 | 3,192.90 |
| Soloveichik, Sarah | 290.00 | 3.25 | 942.50 |
| Wells, Peter B | 475.00 | 11.51 | 5,467.25 |
| Fees through 12/31/2010............... | | 30.42 | $18,780.00 |

| | | |
|---|---|---|
| Fees this Invoice.................................................. | $18,780.00 | |
| Less Discount of............................................... | (3,780.00) | |
| Adjusted Fees................................................................... | $15,000.00 | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                    January 28, 2011

RE: General                                          **Invoice#:** 657645
**Our File Number:** 00647/0001                          **PAGE:**   4

===============================================================================

**Total Due this Invoice**...................................................    **$15,000.00**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355035**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 657645
Total Amount Due: $15,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                      March 15, 2011
      40 West 57th Street
      New York, New York 10019
      Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 663115
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2011

|            |                                                                                                 | Hours |
|------------|-------------------------------------------------------------------------------------------------|-------|
| 02/01/2011 | Ben-Jacob, Michael<br>Call with John re German Ex-Dividend transaction and structuring with charity; related research/review of memo. | 1.33 |
| 02/02/2011 | Ben-Jacob, Michael<br>Call with John re ex-dividend transaction; related consideration of memo. | 1.00 |
| 02/03/2011 | Ben-Jacob, Michael<br>Attention to memo. | 0.25 |
| 02/04/2011 | Abramowitz, L.<br>Office conference Ben-Jacob; research UBTI with respect to church; correspondence. | 0.50 |
| 02/04/2011 | Ben-Jacob, Michael<br>Attention to memo re ex-dividend matter; conference with Laurie Abramowitz re UBT1 issues. | 0.58 |
| 02/06/2011 | Ben-Jacob, Michael<br>Review US/German Tax treaty and structuring memo. | 0.33 |
| 02/07/2011 | Ben-Jacob, Michael<br>Calls with Matt and John re ex-dividend transaction; related conference with Louis and Woody and email re background info. | 1.25 |
| 02/07/2011 | Tuchman, L.<br>Office conferences with M. Ben-Jacob regarding German "ex-Dividend" structure and review of same and of proposed new version. | 1.67 |
| 02/07/2011 | Woodard, A.F.<br>Review of material re German investment. | 0.17 |
| 02/07/2011 | Wells, Peter B<br>███████████████████████████████ | 1.25 |
| 02/08/2011 | Ben-Jacob, Michael<br>Call with Matt, John and Jerome re ex-dividend transaction; ████████████████ | 1.25 |

KAYE SCHOLER LLP

TO:     Argre Management LLC                                                      March 15, 2011

RE: General                                                      **Invoice#:** 663115
**Our File Number:** 00647/0001                                  **PAGE:**    2

=========================================================================

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/08/2011 | Tuchman, L. | Conference call regarding proposed deal, structure; research; telephone conferences and office conferences with A.F. Woodard, J. Lhote and M. Ben-Jacob; analysis of same; telephone conferences with R.A. Greiss. | 3.25 |
| 02/08/2011 | Woodard, A.F. | Office conferences L. Tuchman, conference call client, and review of material re potential German investment. | 1.84 |
| 02/08/2011 | Wells, Peter B | ██████████████████████████████ | 1.00 |
| 02/09/2011 | Ben-Jacob, Michael | Calls with John re ex-dividend transaction; related conference call with London advisors. | 1.83 |
| 02/09/2011 | Tuchman, L. | Conference call with client; A.F. Woodard, M.B. Jacob, Solo adviser re: German ex-dividend transaction; follow-up discussions re: same. | 2.17 |
| 02/09/2011 | Woodard, A.F. | Conference call client; office conference L. Tuchman and review of material. | 0.92 |
| 02/09/2011 | Wells, Peter B | ██████████████████████████████ | 0.67 |
| 02/09/2011 | Wells, Peter B | ██████████████████████████████ | 1.50 |
| 02/10/2011 | Ben-Jacob, Michael | ██████████████████████████████ | 0.50 |
| 02/10/2011 | Eichel, Steven R | ██████████████████████████████ | 0.54 |
| 02/10/2011 | Wells, Peter B | ██████████████████████████████ | 1.50 |
| 02/11/2011 | Ben-Jacob, Michael | ██████████████████████████████ | 0.75 |
| 02/11/2011 | Eichel, Steven R | ██████████████████████████████ | 0.67 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                                    March 15, 2011

RE: General                                                          Invoice#: 663115
Our File Number: 00647/0001                                          PAGE:    3

========================================================================



| Date | Name | Hours |
|------|------|-------|
| 02/11/2011 | Wells, Peter B | 1.25 |
| 02/14/2011 | Wells, Peter B | 1.25 |
| 02/15/2011 | Ben-Jacob, Michael | 0.33 |
| 02/16/2011 | Ben-Jacob, Michael | 0.75 |
| 02/16/2011 | Wells, Peter B | 0.50 |
| 02/23/2011 | Ben-Jacob, Michael | 0.75 |
| 02/23/2011 | Eichel, Steven R | 0.17 |
| 02/23/2011 | Wells, Peter B | 0.75 |
| 02/24/2011 | Wells, Peter B | 1.00 |
| 02/25/2011 | Wells, Peter B | 1.25 |
| 02/28/2011 | Ben-Jacob, Michael | 0.08 |
| 02/28/2011 | Wells, Peter B | 0.75 |

Total Hours................ 35.55

Fees through 02/28/2011..................................... $24,855.40

*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                              Rate        Hours        Fees

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

KAYE SCHOLER LLP

TO:    Argre Management LLC                                              March 15, 2011

RE: General                                                      **Invoice#:** 663115
**Our File Number:** 00647/0001                                      **PAGE:**    4

| | | | |
|---|---|---|---|
| Abramowitz, L. | $840.00 | 0.50 | $420.00 |
| Ben-Jacob, Michael | 710.00 | 10.98 | 7,795.80 |
| Tuchman, L. | 875.00 | 7.09 | 6,203.75 |
| Woodard, A.F. | 800.00 | 2.93 | 2,332.00 |
| Eichel, Steven R | 690.00 | 1.38 | 945.30 |
| Wells, Peter B | 565.00 | 12.67 | 7,158.55 |
| Fees through 02/28/2011............... | | 35.55 | $24,855.40 |

Fees this Invoice................................................. $24,855.40
Less Discount of................................................. (4,000.00)
Adjusted Fees.........................................................  $20,855.40
**Total Due this Invoice...............................................** **$20,855.40**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355040**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 663115
Total Amount Due: $20,855.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**             **WH_MDL_00355041**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                      August 9, 2011
      40 West 57th Street
      New York, New York 10019
      Attn: John H. van Merkensteijn, III


**RE:** General                                          **Invoice#:** 676549
**Our File Number:** 00647/0001                          **PAGE:**   1

═══════════════════════════════════════════════════════════════════
## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011
═══════════════════════════════════════════════════════════════════

|                      |                      | **Hours** |
|----------------------|----------------------|-----------|
| 07/12/2011 | Eichel, Steven R | 0.75 |
| 07/19/2011 | Tuchman, L. | 0.75 |
|            | Total Hours................ | 1.50 |
|            | Fees through 07/31/2011.................................. | $1,173.75 |


*----------------------------------TIME AND FEE SUMMARY---------------------------------*

|                   | Rate    | Hours | Fees     |
|-------------------|---------|-------|----------|
| Tuchman, L.       | $875.00 | 0.75  | $656.25  |
| Eichel, Steven R  | 690.00  | 0.75  | 517.50   |
| Fees through 07/31/2011............... | | 1.50 | $1,173.75 |


*-----------------------COSTS ADVANCED THROUGH 07/31/2011-----------------------*

| Transportation | $293.70 |
|----------------|---------|
| Messengers/Courier | 26.25 |
| Total Costs through 07/31/2011........................ | $319.95 |


| Fees this Invoice............................................................... | $1,173.75 |
|---|---|
| Costs this Invoice.............................................................. | $319.95 |
| **Total Due this Invoice...............................................** | **$1,493.70** |


**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 676549
Total Amount Due: $1,493.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355043



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    September 12, 2011
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                            **Invoice#:** 679893
**Our File Number:** 00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|  |  |  | **Hours** |
|---|---|---|---|
| 08/15/2011 | Ben-Jacob, Michael | | 1.00 |
| | ███████████████████████ | | |
| 08/16/2011 | Ben-Jacob, Michael | | 0.17 |
| | ████████████ | | |
| | | Total Hours................. | 1.17 |
| | Fees through 08/31/2011.................................... | | $830.70 |

*-------------------------------TIME AND FEE SUMMARY-------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 1.17 | $830.70 |
| Fees through 08/31/2011.............. | | 1.17 | $830.70 |

*-------------------------------OUTSTANDING BALANCE-------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 676549 | 08/09/2011 | $1,493.70 |
| Prior Balance Due........................................................... | | $1,493.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355044**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    September 12, 2011

   **RE:** General                                          **Invoice#:** 679893
   **Our File Number:** 00647/0001                              **PAGE:**    2

========================================================================

   Fees this Invoice................................................................    $830.70

   Total Due this Invoice.....................................................    $830.70

   Prior Balance Due (from above).................................    1,493.70

   **TOTAL DUE**.................................................................    **$2,324.40**

   **Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355045**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 679893
Total Amount Due: $2,324.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    October 11, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

RE: General                                          Invoice#: 682560
Our File Number: 00647/0001                              PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|  |  | Hours |
|---|---|---|
| 09/12/2011 | Ben-Jacob, Michael | 0.42 |
|  | Call with Matt regarding pension structure for next ex-dividend deal. | |
| 09/12/2011 | Woodard, A.F. | 1.75 |
|  | Office conference M. Ben-Jacob and research re proposed transaction. | |
| 09/13/2011 | Woodard, A.F. | 3.17 |
|  | Office conference M. Ben-Jacob and research re proposed transaction. | |
| 09/14/2011 | Woodard, A.F. | 4.00 |
|  | Telephone conferences L. Tuchman and M. Marcirs and review of material re UBTI and other issues re proposed investment. | |
| 09/15/2011 | Ben-Jacob, Michael | 1.25 |
|  | Conference with Woody regarding analysis of pension option for ex-dividend transaction; related call with Matt. | |
| 09/15/2011 | Woodard, A.F. | 2.17 |
|  | Office conference M. Ben-Jacob and review of material re UBTI and other issues. | |
| 09/16/2011 | Woodard, A.F. | 0.83 |
|  | Review of material re UBTI and other issues. | |
| 09/20/2011 | Woodard, A.F. | 0.25 |
|  | Telephone conference L. Tuchman re UBTI. | |
| 09/21/2011 | Woodard, A.F. | 1.42 |
|  | Office conference G. Benson, telephone conference L. Berger and review of material re proposed transaction. | |
| 09/22/2011 | Woodard, A.F. | 0.42 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355047

KAYE SCHOLER LLP

TO:     Argre Management LLC                                      October 11, 2011

RE: General                                                   Invoice#: 682560
Our File Number: 00647/0001                                    PAGE:    2

===============================================================================

| | | |
|---|---|---|
| 09/23/2011 | Woodard, A.F. | 0.50 |
| 09/28/2011 | Ben-Jacob, Michael | 0.17 |
| 09/28/2011 | Veillette, Rebecca | 2.25 |
| 09/29/2011 | Veillette, Rebecca | 0.25 |
| 09/30/2011 | Veillette, Rebecca | 1.08 |

Total Hours................. 19.93

Fees through 09/30/2011.................................... $13,970.50


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 1.84 | $1,306.40 |
| Woodard, A.F. | 800.00 | 14.51 | 11,608.00 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 09/30/2011............... | | 19.93 | $13,970.50 |

*-----------------------COSTS ADVANCED THROUGH 09/30/2011-----------------------*

Corp. Filings & Searches                              $661.75

Total Costs through 09/30/2011......................... $661.75


Fees this Invoice.......................................................... $13,970.50

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                    October 11, 2011

  **RE:** General                                          **Invoice#:** 682560
  **Our File Number:** 00647/0001                               **PAGE:**   3

===================================================================

Costs this Invoice.......................................................................   $661.75

**Total Due this Invoice.................................................**   **$14,632.25**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355049**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 682560
Total Amount Due: $14,632.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                   November 14, 2011
40 West 57th Street
New York, New York  10019
Attn: John H. van Merkensteijn, III


**RE:** General                                          **Invoice#:** 685991
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|            |                                                              | Hours |
|------------|--------------------------------------------------------------|------:|
| 10/03/2011 | Ben-Jacob, Michael                                           |  0.08 |
| 10/03/2011 | Eichel, Steven R                                             |  1.83 |
| 10/04/2011 | Veillette, Rebecca                                           |  0.33 |
| 10/05/2011 | Eichel, Steven R                                             |  0.67 |
| 10/05/2011 | Veillette, Rebecca                                           |  0.42 |
| 10/10/2011 | Ben-Jacob, Michael                                           |  0.17 |
|            | Conference with Woody regarding pension/ex-dividend strategy.|       |
| 10/10/2011 | Woodard, A.F.                                                |  0.25 |
|            | Office conference M. Ben-Jacob and review of material.       |       |
| 10/12/2011 | Ben-Jacob, Michael                                           |  0.50 |
| 10/12/2011 | Woodard, A.F.                                                |  0.50 |
|            | Review of material.                                          |       |
| 10/13/2011 | Woodard, A.F.                                                |  1.50 |
|            | Review of material re proposed transaction.                  |       |
| 10/17/2011 | Briggs, Lindsey V                                            |  0.33 |
| 10/18/2011 | Ben-Jacob, Michael                                           |  1.08 |
|            | Attention to ex-dividend strategy; related conference with Woody. |  |
| 10/19/2011 | Ben-Jacob, Michael                                           |  0.50 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                        November 14, 2011

**RE:** General                                                    **Invoice#:** 685991
**Our File Number:** 00647/0001                                    **PAGE:**    2

========================================================================

|            | Call with Matt, Jerome and Woody regarding pension - ex dividend planning. | |
|------------|---------------------------------------------------------------------------|------|
| 10/19/2011 | Woodard, A.F.                                                             | 1.25 |
|            | ████████████████████████████████████████████████████████████; conference call M. Ben-Jacob and client re proposed investment. | |

Total Hours.................. 9.41

Fees through 10/31/2011................................... $6,535.85

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|                      | Rate      | Hours | Fees        |
|----------------------|-----------|-------|-------------|
| Ben-Jacob, Michael   | $710.00   | 2.33  | $1,654.30   |
| Woodard, A.F.        | 800.00    | 3.50  | 2,800.00    |
| Eichel, Steven R     | 690.00    | 2.50  | 1,725.00    |
| Briggs, Lindsey V    | 410.00    | 0.33  | 135.30      |
| Veillette, Rebecca   | 295.00    | 0.75  | 221.25      |

Fees through 10/31/2011...............        9.41       $6,535.85

Fees this Invoice.......................................................... $6,535.85
**Total Due this Invoice................................................ $6,535.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355052**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 685991
Total Amount Due: $6,535.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355053



**425 Park Avenue**
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    December 12, 2011
      40 West 57th Street
      New York, New York  10019

**RE:** General                                        **Invoice#:** 688474
**Our File Number:** 00647/0001                         **PAGE:**   1

====================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|            |                   |  **Hours** |
|------------|-------------------|-----------:|
| 11/08/2011 | Tuchman, L.       |       1.25 |
|            | Telephone conference with M. Stein; research re: proposed structure. | |
| 11/09/2011 | Tuchman, L.       |       0.75 |
|            | Research and telephone conference with M. Stein. | |
| 11/10/2011 | Ben-Jacob, Michael |      0.25 |
|            | Call with Matt and Jerome regarding potential planning. | |

Total Hours.................  2.25

Fees through 11/30/2011....................................  $1,927.50

\*------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     |   Rate   | Hours |    Fees    |
|---------------------|---------:|------:|-----------:|
| Ben-Jacob, Michael  | $710.00  | 0.25  | $177.50    |
| Tuchman, L.         |  875.00  | 2.00  | 1,750.00   |
| Fees through 11/30/2011............... |  | 2.25 | $1,927.50 |

\*-----------------------COSTS ADVANCED THROUGH 11/30/2011-----------------------\*

Corp. Filings & Searches                              $224.25

Total Costs through 11/30/2011.........................  $224.25

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| **Invoice#** | **Date**   | **Amount**   |
|--------------|------------|--------------|
| 685991       | 11/14/2011 | $6,535.85    |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            **WH_MDL_00355054**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                December 12, 2011

  **RE:** General                                    **Invoice#:** 688474
  **Our File Number:** 00647/0001                        **PAGE:**    2

═══════════════════════════════════════════════════════════════════════

  Prior Balance Due.......................................................    $6,535.85


  Fees this Invoice......................................................    $1,927.50
  Costs this Invoice.....................................................     $224.25
  Total Due this Invoice..............................................    $2,151.75
  Prior Balance Due (from above)..................................     6,535.85
  **TOTAL DUE**.......................................................    **$8,687.60**

  **Please remit payment within thirty (30) days.**

  **IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355055**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 688474
Total Amount Due: $8,687.60

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355056**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      March 31, 2012
       40 West 57th Street
       New York, New York 10019

**RE:** General                                      **Invoice#:** 696544
**Our File Number:** 00647/0001                      **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|              |                       | **Hours** |
|--------------|-----------------------|-----------|
| 12/07/2011   | Veillette, Rebecca    | 1.00      |
| 12/08/2011   | Veillette, Rebecca    | 1.00      |
| 12/20/2011   | Ben-Jacob, Michael    | 0.75      |
| 12/20/2011   | Briggs, Lindsey V     | 0.25      |
| 12/21/2011   | Briggs, Lindsey V     | 0.42      |
| 12/21/2011   | Veillette, Rebecca    | 0.50      |
| 12/22/2011   | Veillette, Rebecca    | 0.50      |
| 02/02/2012   | Ben-Jacob, Michael    | 0.17      |
| 02/22/2012   | Ben-Jacob, Michael    | 0.25      |
| 02/23/2012   | Ben-Jacob, Michael    | 0.33      |
| 02/23/2012   | Stromberg, Thomas     | 1.50      |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355057**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 31, 2012

RE: General                                              Invoice#: 696544
Our File Number: 00647/0001                                PAGE:    2

═══════════════════════════════════════════════════════════════════════

| | | | |
|---|---|---|---|
| | ███████████████████ | | |
| 02/23/2012 | Sluder, Elizabeth C | | 0.92 |
| | ██████████████ | | |
| 02/24/2012 | Stromberg, Thomas | | 0.50 |
| | █████████████████████ | | |
| 02/27/2012 | Stromberg, Thomas | | 1.00 |
| | ████████████████ | | |
| 02/27/2012 | Sluder, Elizabeth C | | 4.58 |
| | ███████████████████████████████ | | |
| 02/28/2012 | Stromberg, Thomas | | 1.25 |
| | ██████████████████ | | |
| 02/28/2012 | Sluder, Elizabeth C | | 1.17 |
| | ███████████████ | | |
| 03/05/2012 | Wells, Peter B | | 2.25 |
| | ███████████████████████████████ | | |
| 03/06/2012 | Wells, Peter B | | 1.00 |
| | █████████████████ | | |
| 03/15/2012 | Wells, Peter B | | 5.00 |
| | █████████████████████ Work on | | |

issues related to due diligence for IRAs.

                                                            ----------
                                        Total Hours................   24.34

                        Fees through 03/31/2012....................   $14,797.45


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00* | 1.50 | $1,080.00 |
| Stromberg, Thomas | 810.00 | 4.25 | 3,442.50 |
| Briggs, Lindsey V | 410.00 | 0.67 | 274.70 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355058

**KAYE SCHOLER LLP**

TO:   Argre Management LLC                                          March 31, 2012

   **RE:** General                                               **Invoice#:** 696544
   **Our File Number:** 00647/0001                                **PAGE:**   3

===============================================================================

| | | | |
|---|---|---|---|
| Sluder, Elizabeth C | 575.00 | 6.67 | 3,835.25 |
| Wells, Peter B | 640.00 | 8.25 | 5,280.00 |
| Veillette, Rebecca | 295.00 | 3.00 | 885.00 |
| Fees through 03/31/2012............... | | 24.34 | $14,797.45 |

*)      rate changed during the timespan of the bill

```
*-----------------------COSTS ADVANCED THROUGH 03/31/2012-----------------------*
```

| | |
|---|---|
| Duplicating | $10.10 |
| Transportation | 9.00 |
| Corp. Filings & Searches | 329.00 |
| Messengers/Courier | 52.49 |
| Meals | 48.50 |
| Total Costs through 03/31/2012......................... | $449.09 |

| | |
|---|---|
| Fees this Invoice......................................................... | $14,797.45 |
| Costs this Invoice........................................................ | $449.09 |
| **Total Due this Invoice...............................................** | **$15,246.54** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355059**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 696544
Total Amount Due: $15,246.54

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    May 14, 2012
       40 West 57th Street
       New York, New York  10019


**RE:** General                                    **Invoice#:** 702756
**Our File Number:**00647/0001                     **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2012

|  |  |  | **Hours** |
|---|---|---|---|
| 04/05/2012 | Ben-Jacob, Michael |  | 0.92 |
| 04/24/2012 | Ben-Jacob, Michael |  | 1.00 |
|  |  | Total Hours................ | 1.92 |
|  | Fees through 04/30/2012.................................. | | $1,401.60 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 1.92 | $1,401.60 |
| Fees through 04/30/2012............... | | 1.92 | $1,401.60 |

*-----------------------COSTS ADVANCED THROUGH 04/30/2012-----------------------*

| | |
|---|---|
| Messengers/Courier | $26.25 |
| Filing Fees/Court Fees | 105.00 |
| Total Costs through 04/30/2012......................... | $131.25 |


| | |
|---|---|
| Fees this Invoice........................................................................ | $1,401.60 |
| Costs this Invoice....................................................................... | $131.25 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        WH_MDL_00355061

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          May 14, 2012

**RE:** General                                              **Invoice#:** 702756
**Our File Number:** 00647/0001                                    **PAGE:**    2

===============================================================================

**Total Due this Invoice**.................................................................    **$1,532.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355062**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 702756
Total Amount Due: $1,532.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      June 18, 2012
       40 West 57th Street
       New York, New York  10019


**RE:** General                                      **Invoice#:** 705166
**Our File Number:**00647/0001                       **PAGE:**    1

=========================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 05/31/2012

=========================================================================


                                                              **Hours**
                                                              ---------
05/03/2012  Ben-Jacob, Michael                                    1.58

05/04/2012  Ben-Jacob, Michael                                    1.67

                                                              ---------
                          Total Hours.................         3.25
            Fees through 05/31/2012...................      $2,372.50


*-----------------------------TIME AND FEE SUMMARY-----------------------------*

|                     | Rate      | Hours | Fees       |
|---------------------|-----------|-------|------------|
| Ben-Jacob, Michael  | $730.00   | 3.25  | $2,372.50  |
| Fees through 05/31/2012............. | | 3.25  | $2,372.50  |

*-----------------------COSTS ADVANCED THROUGH 05/31/2012-----------------------*

| Transportation                           | $11.00 |
|------------------------------------------|--------|
| Messengers/Courier                       | 34.06  |
| Total Costs through 05/31/2012........................ | $45.06 |

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice#  | Date        | Amount     |
|-----------|-------------|------------|
| 702756    | 05/14/2012  | $1,532.85  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355064**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          June 18, 2012

RE: General                                         **Invoice#:** 705166
**Our File Number:** 00647/0001                     **PAGE:**    2

Prior Balance Due.........................................................    $1,532.85


Fees this Invoice.........................................................    $2,372.50
Costs this Invoice.......................................................     $45.06
Total Due this Invoice................................................       $2,417.56
Prior Balance Due (from above)...................................           1,532.85
**TOTAL DUE**............................................................    **$3,950.41**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 705166
Total Amount Due: $3,950.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355066



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      July 17, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                          **Invoice#:** 708329
**Our File Number:**00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2012

|  |  | **Hours** |
|---|---|---|
| 06/05/2012 | Veillette, Rebecca | 0.33 |
| 06/06/2012 | Veillette, Rebecca | 0.33 |
| 06/12/2012 | Veillette, Rebecca | 1.00 |
| 06/14/2012 | Ben-Jacob, Michael | 0.67 |
| 06/15/2012 | Veillette, Rebecca | 0.50 |
| 06/22/2012 | Veillette, Rebecca | 0.33 |
| 06/27/2012 | Veillette, Rebecca | 0.50 |

Total Hours................. 3.66

Fees through 06/30/2012.................................... $1,371.15

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.67 | $489.10 |
| Veillette, Rebecca | 295.00 | 2.99 | 882.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355067**

# KAYE SCHOLER LLP

TO:    Argre Management LLC                                              July 17, 2012

**RE:** General                                                    **Invoice#:** 708329
**Our File Number:** 00647/0001                                        **PAGE:**    2

=================================================================================

Fees through 06/30/2012...............      3.66      $1,371.15


\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 702756 | 05/14/2012 | $1,532.85 |
| 705166 | 06/18/2012 | 2,417.56 |
| Prior Balance Due............................................................. | | $3,950.41 |


| | |
|---|---|
| Fees this Invoice............................................................. | $1,371.15 |
| Total Due this Invoice..................................................... | $1,371.15 |
| Prior Balance Due (from above)...................................... | 3,950.41 |
| **TOTAL DUE**........................................................... | **$5,321.56** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355068**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 708329
Total Amount Due: $5,321.56

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        August 16, 2012
       40 West 57th Street
       New York, New York 10019


**RE:** General                                                   **Invoice#:** 711502
**Our File Number:**00647/0001                                    **PAGE:**    1

===================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 07/31/2012

===================================================================

                                                                          **Hours**
                                                                          ----------
07/25/2012   Veillette, Rebecca                                              0.33

07/30/2012   Veillette, Rebecca                                              1.00
             Attention to forming Rajan Investments LLC.
                                                                          ----------
                                            Total Hours.................    1.33

                   Fees through 07/31/2012....................    $392.35


*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                             Rate          Hours           Fees
Veillette, Rebecca        $295.00           1.33         $392.35

             Fees through 07/31/2012...............    1.33         $392.35


*---------------------------------OUTSTANDING BALANCE---------------------------------*
       **Invoice#**              **Date**                      **Amount**
        708329               07/17/2012                        $1,371.15

       Prior Balance Due.......................................................    $1,371.15



       Fees this Invoice.......................................................    $392.35


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355070**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    August 16, 2012

    **RE:** General                                              **Invoice#:** 711502
    **Our File Number:** 00647/0001                              **PAGE:**    2

---

Total Due this Invoice................................................................   $392.35
Prior Balance Due (from above)...............................................   1,371.15
**TOTAL DUE**..............................................................................   **$1,763.50**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355071**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 711502
Total Amount Due: $1,763.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    September 13, 2012
        40 West 57th Street
        New York, New York  10019

**RE:** General                                    **Invoice#:** 713751
**Our File Number:**00647/0001                                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2012

|  |  | **Hours** |
|---|---|---|
| 08/01/2012 | Veillette, Rebecca | 0.75 |
| 08/08/2012 | Veillette, Rebecca | 0.58 |
| 08/09/2012 | Veillette, Rebecca | 1.25 |
| 08/10/2012 | Veillette, Rebecca | 0.67 |
|  | Rajan Investments - operating agreement. |  |
| 08/14/2012 | Veillette, Rebecca | 0.33 |
| 08/17/2012 | Ben-Jacob, Michael | 0.08 |

Total Hours................. 3.66

Fees through 08/31/2012.................................... $1,114.50

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.08 | $58.40 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 08/31/2012............... | | 3.66 | $1,114.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                  **WH_MDL_00355073**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    September 13, 2012

  **RE:** General                                           **Invoice#:** 713751
  **Our File Number:** 00647/0001                             **PAGE:**    2

===============================================================================

  Fees this Invoice...........................................................................    $1,114.50

  **Total Due this Invoice...............................................................**    **$1,114.50**

  **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                     **WH_MDL_00355074**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 713751
Total Amount Due: $1,114.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355075



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    November 20, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                              **Invoice#:** 720986
**Our File Number:** 00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

|            |                       | **Hours** |
|------------|-----------------------|-----------|
| 09/27/2012 | Ben-Jacob, Michael    | 0.08      |
| 09/28/2012 | Ben-Jacob, Michael    | 1.42      |
| 09/29/2012 | Ben-Jacob, Michael    | 0.17      |
| 10/07/2012 | Ben-Jacob, Michael    | 0.17      |
| 10/11/2012 | Wittenberg, Daniella T | 0.33     |
| 10/16/2012 | Veillette, Rebecca    | 0.25      |
| 10/17/2012 | Wells, Peter B        | 0.75      |
| 10/17/2012 | Veillette, Rebecca    | 0.50      |
| 10/24/2012 | Veillette, Rebecca    | 1.25      |
| 10/25/2012 | Wells, Peter B        | 1.00      |
| 10/25/2012 | Veillette, Rebecca    | 1.50      |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355076**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      November 20, 2012

    **RE:** General                                            **Invoice#:** 720986
    **Our File Number:** 00647/0001                          **PAGE:**    2

========================================================================

10/26/2012  Veillette, Rebecca                                         0.50

                                                                         ----------
                                        Total Hours................    7.92
                  Fees through 10/31/2012....................................    $3,804.90

        *--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                          | Rate    | Hours | Fees      |
|--------------------------|---------|-------|-----------|
| Ben-Jacob, Michael       | $730.00 | 1.84  | $1,343.20 |
| Wells, Peter B           | 640.00  | 1.75  | 1,120.00  |
| Wittenberg, Daniella T   | 490.00  | 0.33  | 161.70    |
| Veillette, Rebecca       | 295.00  | 4.00  | 1,180.00  |
| Fees through 10/31/2012............... |  | 7.92 | $3,804.90 |

        *----------------------COSTS ADVANCED THROUGH 10/31/2012----------------------*
        Corp. Filings & Searches                                   $2,633.00
        Conference & Legal Staff/Travel Working Meals                   27.57
                                             --------------------
            Total Costs through 10/31/2012........................    $2,660.57


        Fees this Invoice.........................................................    $3,804.90
        Costs this Invoice........................................................    $2,660.57
        **Total Due this Invoice...............................................    $6,465.47**

        **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355077**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 720986
Total Amount Due: $6,465.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355078

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    December 10, 2012
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

RE: General                                          **Invoice#:** 722890
**Our File Number:** 00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

| Date | Timekeeper | Hours |
|------|-----------|------:|
| 11/01/2012 | Wells, Peter B | 1.42 |
| 11/05/2012 | Wells, Peter B | 1.50 |
| 11/07/2012 | Gartner, Gary J | 1.50 |
| 11/08/2012 | Gartner, Gary J | 0.83 |
| 11/08/2012 | Veillette, Rebecca | 1.33 |
| 11/09/2012 | Gartner, Gary J | 0.67 |
| 11/12/2012 | Ben-Jacob, Michael | 0.08 |
| 11/14/2012 | Gartner, Gary J | 1.08 |
| 11/15/2012 | Ben-Jacob, Michael | 0.08 |
| 11/15/2012 | Gartner, Gary J<br>Telephone conference with client and review proposed regs. | 1.17 |
| 11/16/2012 | Gartner, Gary J<br>Consider proposed regs regarding trade. | 1.17 |
| 11/19/2012 | Gartner, Gary J<br>Update thinking regarding proposed regulations. | 0.50 |
| 11/21/2012 | Gartner, Gary J<br>Consider further issues regarding proposed regs and trade. | 0.75 |
| 11/28/2012 | Gartner, Gary J<br>Consider issues under proposed regs and trade. | 1.50 |

KAYE SCHOLER LLP

TO:    Argre Management LLC

December 10, 2012

**RE: General**
**Our File Number:** 00647/0001

**Invoice#:** 722890
**PAGE:**    2

---

11/29/2012  Gartner, Gary J                                                          1.17
           Review of authorities on possible trade.
                                              Total Hours................     14.75
                  Fees through 11/30/2012....................................     $12,924.75


\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*
|                      | Rate       | Hours | Fees        |
|----------------------|------------|-------|-------------|
| Ben-Jacob, Michael   | $730.00    | 0.16  | $116.80     |
| Gartner, Gary J      | 1,020.00   | 10.34 | 10,546.80   |
| Wells, Peter B       | 640.00     | 2.92  | 1,868.80    |
| Veillette, Rebecca   | 295.00     | 1.33  | 392.35      |
| Fees through 11/30/2012 |         | 14.75 | $12,924.75  |

\*----------------------COSTS ADVANCED THROUGH 11/30/2012----------------------\*
Transportation                                                       $84.81
         Total Costs through 11/30/2012........................     $84.81

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*
| Invoice# | Date        | Amount      |
|----------|-------------|-------------|
| 720986   | 11/20/2012  | $6,465.47   |
| Prior Balance Due.................. |    | $6,465.47   |


Fees this Invoice.....................................................     $12,924.75
Costs this Invoice...................................................     $84.81
Total Due this Invoice.............................................     $13,009.56
Prior Balance Due (from above)................................,     6,465.47
**TOTAL DUE**...........................................................     **$19,475.03**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355080**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 722890
Total Amount Due: $19,475.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355081

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

January 17, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 727062
**PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

| | | **Hours** |
|---|---|---|
| 12/04/2012 | Wells, Peter B | 2.00 |
| | ███████████████████ | |
| 12/05/2012 | Wells, Peter B | 1.75 |
| | ███████████████████ | |
| | Total Hours................ | 3.75 |
| | Fees through 12/31/2012.................................... | $2,400.00 |

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $640.00 | 3.75 | $2,400.00 |
| Fees through 12/31/2012............... | | 3.75 | $2,400.00 |

| | | |
|---|---|---|
| Fees this Invoice............................................................. | | $2,400.00 |
| **Total Due this Invoice**............................................... | | **$2,400.00** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1872623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 727062
Total Amount Due: $2,400.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355083

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

February 21, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 728997
**PAGE:** 1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013

|            |                      | Hours |
|------------|----------------------|-------|
| 01/22/2013 | Veillette, Rebecca   | 0.50  |
| 01/24/2013 | Tuchman, L.          | 1.00  |
| 01/25/2013 | Tuchman, L.          | 2.50  |
| 01/28/2013 | Tuchman, L.          | 2.75  |
| 01/28/2013 | Veillette, Rebecca   | 1.08  |

Total Hours................. 7.83

Fees through 01/31/2013.................................... $6,231.90

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                    | Rate     | Hours | Fees       |
|--------------------|----------|-------|------------|
| Tuchman, L.        | $920.00  | 6.25  | $5,750.00  |
| Veillette, Rebecca | 305.00   | 1.58  | 481.90     |

Fees through 01/31/2013............... 7.83    $6,231.90

\*-----------------------COSTS ADVANCED THROUGH 01/31/2013-----------------------\*

| Reporters/Transcripts Fee                            | $99.00 |
|------------------------------------------------------|--------|
| Total Costs through 01/31/2013........................ | $99.00 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 727062   | 01/29/2013 | $2,400.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    **WH_MDL_00355084**

KAYE SCHOLER LLP

TO:     Argre Management LLC                                    February 21, 2013

**RE:** General                                              **Invoice#:** 728997
**Our File Number:** 00647/0001                                **PAGE:**    2

---

Prior Balance Due................................................................     $2,400.00


Fees this Invoice.................................................................     $6,231.90
Costs this Invoice................................................................       $99.00
Total Due this Invoice..........................................................     $6,330.90
Prior Balance Due (from above)................................................      2,400.00
**TOTAL DUE**...............................................................     **$8,730.90**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER               WH_MDL_00355085

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 728997
Total Amount Due: $8,730.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355086



KAYE | SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

March 25, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 731658
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2013

|  |  |  | **Hours** |
|---|---|---|---|
| 02/12/2013 | Veillette, Rebecca | | 0.58 |
| 02/27/2013 | Veillette, Rebecca | | 0.58 |
| 02/27/2013 | Veillette, Rebecca | | 0.42 |
|  |  | Total Hours................ | 1.58 |
|  | Fees through 02/28/2013.................................... | | $481.90 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 1.58 | $481.90 |
| Fees through 02/28/2013............... | | 1.58 | $481.90 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 728997 | 02/21/2013 | $6,330.90 |
| Prior Balance Due........................................................ | | $6,330.90 |

| | |
|---|---|
| Fees this Invoice............................................................ | $481.90 |
| Total Due this Invoice.................................................. | $481.90 |
| Prior Balance Due (from above)................................... | 6,330.90 |
| **TOTAL DUE............................................................** | **$6,812.80** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 731658
Total Amount Due: $6,812.80

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                          April 22, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                              **Invoice#:** 734523
**Our File Number:** 00647/0001                              **PAGE:**    1

===========================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2013

===========================================================================

|            |                   | **Hours** |
|------------|-------------------|-----------|
| 03/04/2013 | Tuchman, L.       | 1.42      |
| 03/05/2013 | Tuchman, L.       | 1.75      |
| 03/06/2013 | Tuchman, L.       | 1.75      |
| 03/07/2013 | Tuchman, L.       | 1.00      |
| 03/07/2013 | Benson, Gregg M   | 4.00      |
| 03/08/2013 | Tuchman, L.       | 1.25      |
| 03/08/2013 | Benson, Gregg M   | 2.25      |
| 03/11/2013 | Tuchman, L.       | 1.75      |
| 03/13/2013 | Tuchman, L.       | 1.00      |
| 03/13/2013 | Benson, Gregg M   | 1.50      |
| 03/18/2013 | Schneider, W.H.   | 0.25      |
| 03/18/2013 | Snider, Vassa G   | 0.92      |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355089

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                         April 22, 2013

RE: General                                                        **Invoice#:** 734523
**Our File Number:** 00647/0001                                    **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════════

██████████████████████████████████████

03/19/2013  Snider, Vassa G                                             0.42
███████████████████████
03/20/2013  Veillette, Rebecca                                          0.33
            Attention to Bernina LLC documentation.
                                                                     _____
                                        Total Hours................     19.59
                          Fees through 03/31/2013.....................  $15,301.05


*---------------------------------TIME AND FEE SUMMARY--------------------------------*
                                Rate        Hours          Fees
Schneider, W.H.               $925.00        0.25        $231.25
Tuchman, L.                    920.00        9.92       9,126.40
Benson, Gregg M                715.00        7.75       5,541.25
Snider, Vassa G                225.00        1.34         301.50
Veillette, Rebecca             305.00        0.33         100.65
                                           _____    _____
            Fees through 03/31/2013...............      19.59       $15,301.05

*----------------------COSTS ADVANCED THROUGH 03/31/2013----------------------*
            Filing Fees/Court Fees                          $125.00
                                                          _____
            Total Costs through 03/31/2013........................    $125.00

*---------------------------------OUTSTANDING BALANCE--------------------------------*
          **Invoice#**          **Date**                          **Amount**
          731658              03/25/2013                           $481.90
                                                                  _____
            Prior Balance Due........................................  $481.90

# KAYE | SCHOLER LLP

TO:   Argre Management LLC                              April 22, 2013

**RE:** General                                           **Invoice#:** 734523
**Our File Number:** 00647/0001                    **PAGE:**   3

| | |
|---|---|
| Fees this Invoice............................................................. | $15,301.05 |
| Costs this Invoice............................................................ | $125.00 |
| Total Due this Invoice..................................................... | $15,426.05 |
| Prior Balance Due (from above)....................................... | 481.90 |
| **TOTAL DUE**................................................................ | **$15,907.95** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        WH_MDL_00355091



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 734523
Total Amount Due: $15,907.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355092



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    May 22, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                    **Invoice#:** 737633
**Our File Number:** 00647/0001                    **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

|            |                     | Hours |
|------------|---------------------|------:|
| 04/08/2013 | Ben-Jacob, Michael  | 1.00 |
| 04/08/2013 | Schneider, W.H.     | 0.50 |
| 04/09/2013 | Ben-Jacob, Michael  | 0.25 |
| 04/09/2013 | Schneider, W.H.     | 0.75 |
| 04/09/2013 | Benson, Gregg M     | 0.50 |
| 04/10/2013 | Ben-Jacob, Michael  | 0.75 |
| 04/10/2013 | Schneider, W.H.     | 0.50 |
| 04/11/2013 | Benson, Gregg M     | 1.50 |
| 04/12/2013 | Schneider, W.H.     | 0.50 |
| 04/15/2013 | Ben-Jacob, Michael  | 0.67 |
| 04/15/2013 | Schneider, W.H.     | 0.25 |
| 04/15/2013 | Benson, Gregg M     | 2.17 |
| 04/16/2013 | Schneider, W.H.     | 0.25 |

---

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**             **WH_MDL_00355093**

Image Not
Available

TO:    Argre Management LLC                                          May 22, 2013

**RE:** General                                                     **Invoice#:** 737633
**Our File Number:** 00647/0001                                     **PAGE:**   2



| Date | Name | Hours |
|---|---|---|
| 04/16/2013 | Benson, Gregg M | 3.00 |
| 04/17/2013 | Ben-Jacob, Michael | 0.42 |
| 04/17/2013 | Schneider, W.H. | 1.00 |
| 04/17/2013 | Benson, Gregg M | 0.50 |
| 04/25/2013 | Ben-Jacob, Michael | 0.17 |
| 04/26/2013 | Ben-Jacob, Michael | 0.08 |
| 04/30/2013 | Ben-Jacob, Michael | 0.17 |

Total Hours................ 14.93

Fees through 04/30/2013....................................    $11,602.85

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 3.51 | $2,650.05 |
| Schneider, W.H. | 925.00 | 3.75 | 3,468.75 |
| Benson, Gregg M | 715.00 | 7.67 | 5,484.05 |
| Fees through 04/30/2013............... | | 14.93 | $11,602.85 |

Fees this Invoice...........................................................    $11,602.85
**Total Due this Invoice...............................................**    **$11,602.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355094**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 737633
Total Amount Due: $11,602.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                August 26, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com


**RE:** General                                           **Invoice#:** 745613
**Our File Number:**00647/0001                            **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2013

|  |  | **Hours** |
|---|---|---|
| 07/01/2013 | Veillette, Rebecca | 0.42 |
| 07/22/2013 | Veillette, Rebecca | 1.00 |
| 07/25/2013 | Veillette, Rebecca | 0.50 |
| 07/29/2013 | Veillette, Rebecca | 0.42 |

Total Hours................ 2.34

Fees through 07/31/2013................................... $713.70


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 2.34 | $713.70 |
| Fees through 07/31/2013.............. | | 2.34 | $713.70 |


Fees this Invoice.......................................................... $713.70
**Total Due this Invoice...........................................** **$713.70**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 745613
Total Amount Due: $713.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355097



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    September 10, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com


RE: General                                           Invoice#: 747225
Our File Number:00647/0001                                    PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 08/09/2013 | Ben-Jacob, Michael   | 0.50 |
|            | ███████████████████████████ | |
| 08/12/2013 | Sausen, David        | 1.00 |
|            | Telephone conference with M. Ben-Jacob re: ex-dividend transactions. | |
|            | ████████████████ | |
| 08/15/2013 | Veillette, Rebecca   | 1.50 |
|            | ██████████████ | |
| 08/16/2013 | Sausen, David        | 0.50 |
|            | ████████████ Telephone conference with M. Ben-Jaocb.██████ | |
| 08/21/2013 | Veillette, Rebecca   | 1.25 |
|            | ████████ | |
| 08/26/2013 | Ben-Jacob, Michael   | 1.00 |
|            | █████████████████ | |
| 08/26/2013 | Sausen, David        | 1.50 |
|            | Telephone conferences with M. Stein, M. Ben-Jacob and G. Gartner re: ex-dividend transaction. ██████████ | |
| 08/27/2013 | Veillette, Rebecca   | 1.25 |
|            | ██████████████ | |
|            | Total Hours................ | 8.50 |
|            | Fees through 08/31/2013....................................    $4,542.50 | |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

# KAYE | SCHOLER LLP

TO:     Argre Management LLC                                          September 10, 2013

**RE:** General                                                      **Invoice#:** 747225
**Our File Number:** 00647/0001                                      **PAGE:**     2

===============================================================================

|                          | Rate      | Hours | Fees       |
|--------------------------|-----------|-------|------------|
| Ben-Jacob, Michael       | $755.00   | 1.50  | $1,132.50  |
| Sausen, David            | 730.00    | 3.00  | 2,190.00   |
| Veillette, Rebecca       | 305.00    | 4.00  | 1,220.00   |
| Fees through 08/31/2013............... | | 8.50 | $4,542.50 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 745613   | 08/26/2013 | $713.70 |
| Prior Balance Due........................................................... | | $713.70 |

| | |
|---|---|
| Fees this Invoice............................................................. | $4,542.50 |
| Total Due this Invoice...................................................... | $4,542.50 |
| Prior Balance Due (from above)................................................. | 713.70 |
| **TOTAL DUE**............................................................... | **$5,256.20** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                                          **WH_MDL_00355099**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 747225
Total Amount Due: $5,256.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    October 7, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


**RE:** General                                          **Invoice#:** 749882
**Our File Number:**00647/0001                              **PAGE:**   1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

|            |                       | **Hours** |
|------------|-----------------------|-----------|
| 09/10/2013 | Sausen, David         | 0.50 |
|            | Emails with A. Larosa re: ex-dividend transaction. | |
| 09/10/2013 | Veillette, Rebecca    | 1.50 |
|            | ██████████████████    | |
| 09/11/2013 | Veillette, Rebecca    | 1.08 |
|            | ██████████████████    | |
| 09/30/2013 | Ben-Jacob, Michael    | 0.33 |
|            | ████████████████████  | |

                                          Total Hours................  3.41

        Fees through 09/30/2013....................................  $1,401.05


```
*--------------------------------TIME AND FEE SUMMARY--------------------------------*
```

|                     | Rate     | Hours | Fees     |
|---------------------|----------|-------|----------|
| Ben-Jacob, Michael  | $755.00  | 0.33  | $249.15  |
| Sausen, David       | 730.00   | 0.50  | 365.00   |
| Veillette, Rebecca  | 305.00   | 2.58  | 786.90   |
|                     |          |       |          |
| Fees through 09/30/2013............... | | 3.41 | $1,401.05 |


        Fees this Invoice........................................................  $1,401.05

**KAYE │ SCHOLER** LLP

TO:    Argre Management LLC                                    October 7, 2013

    **RE:** General                                              **Invoice#:** 749882
    **Our File Number:** 00647/0001                              **PAGE:**    2

---

    **Total Due this Invoice**..................................................................    **$1,401.05**

        **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355102**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 749882
Total Amount Due: $1,401.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355103**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    November 15, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                               **Invoice#:** 754424
**Our File Number:**00647/0001                                **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2013

|  |  | **Hours** |
|---|---|---|
| 10/06/2013 | Sausen, David | 3.00 |
|  | Tax research.  Prepared email to client re: ex-dividend transaction. | |
| 10/08/2013 | Sausen, David | 1.25 |
|  | ████████████████ Revised email to client re: ex-dividend transaction. | |
| 10/09/2013 | Abramowitz, L. | 0.75 |
|  | ████████████████ | |
| 10/09/2013 | Sausen, David | 1.00 |
|  | ███████████████████████ | |
| 10/10/2013 | Sausen, David | 1.00 |
|  | Discussions with G. Gartner and M. Ben-Jacob.  Revised email to client. Email to M. Stein re: ex-dividend transaction. | |

Total Hours.................  7.00

Fees through 10/31/2013....................................  $5,245.00

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Abramowitz, L. | $910.00 | 0.75 | $682.50 |
| Sausen, David | 730.00 | 6.25 | 4,562.50 |
| Fees through 10/31/2013............... | | 7.00 | $5,245.00 |

\*-----------------------COSTS ADVANCED THROUGH 10/31/2013-----------------------\*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355104**

**KAYE** | **SCHOLER** LLP

TO:    Argre Management LLC                                        November 15, 2013

**RE:** General                                                      **Invoice#:** 754424
**Our File Number:** 00647/0001                                      **PAGE:**    2

====================================================================================

Consultants/Experts                                    $1,100.00
          Total Costs through 10/31/2013........................    $1,100.00


Fees this Invoice...........................................................    $5,245.00
Costs this Invoice..........................................................    $1,100.00
**Total Due this Invoice.............................................**    **$6,345.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355105**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 754424
Total Amount Due: $6,345.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    December 10, 2013
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

**RE:** General                                              **Invoice#:** 756477
**Our File Number:**00647/0001                               **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2013

\*-----------------------COSTS ADVANCED THROUGH 11/30/2013-----------------------\*

    Consultants/Experts                                      $3,000.00

       Total Costs through 11/30/2013........................      $3,000.00

Costs this Invoice...................................................................      $3,000.00

**Total Due this Invoice...........................................................**      **$3,000.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355107**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 756477
Total Amount Due: $3,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                          January 13, 2014
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                    **Invoice#:** 760179
**Our File Number:** 00647/0001                        **PAGE:**    1

====================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2013

====================================================================

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 12/11/2013 | Sausen, David      | 0.75      |
| 12/12/2013 | Sausen, David      | 0.25      |
| 12/16/2013 | Ben-Jacob, Michael | 0.25      |
| 12/17/2013 | Sausen, David      | 0.50      |

Total Hours.................  1.75

Fees through 12/31/2013.....................................  $1,283.75

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                    | Rate      | Hours | Fees       |
|--------------------|-----------|-------|------------|
| Ben-Jacob, Michael | $755.00   | 0.25  | $188.75    |
| Sausen, David      | 730.00    | 1.50  | 1,095.00   |
| Fees through 12/31/2013.............. | | 1.75  | $1,283.75  |

Fees this Invoice...........................................................  $1,283.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355109**

**KAYE │ SCHOLER** LLP

TO:    Argre Management LLC                                    January 13, 2014

    **RE:** General                                               **Invoice#:** 760179
    **Our File Number:** 00647/0001                              **PAGE:**    2

       **Total Due this Invoice**.................................................................    **$1,283.75**

       **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355110**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 760179
      Total Amount Due: $1,283.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    February 20, 2014
         40 West 57th Street
         New York, New York  10019
         alicia@argremgt.com

**RE:** General                                                 **Invoice#:** 762871
**Our File Number:**00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

                                                                            **Hours**
                                                                           ----------
01/29/2014   Veillette, Rebecca                                                0.33

                                                                           ----------
                                              Total Hours.................      0.33
                        Fees through 01/31/2014...................     $103.95


*----------------------------------TIME AND FEE SUMMARY----------------------------------*
                                              Rate          Hours             Fees
Veillette, Rebecca                         $315.00          0.33           $103.95

                        Fees through 01/31/2014...............      0.33           $103.95


        Fees this Invoice.........................................................      $103.95
        **Total Due this Invoice...............................................**      **$103.95**

              **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                      **WH_MDL_00355112**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 762871
Total Amount Due: $103.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                         July 22, 2014
40 West 57th Street
New York, New York  10019
alicia@argremgt.com

**RE:** General                                                    **Invoice#:** 775031
**Our File Number:**00647/0001                                     **PAGE:**    1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 06/30/2014

---

| | | **Hours** |
|---|---|---:|
| 06/13/2014 | Sausen, David | 1.25 |
| | Telephone conference with Matt and John re: UBTI issues.  Tax research. | |
| | Telephone conference and emails with G. Weinkam. | |
| 06/17/2014 | Zwick, Mary L | 0.50 |
| | ███████████████████████████████████████████ | |
| 06/26/2014 | Culhane, Stephen | 0.33 |
| | ████████████████████ | |
| 06/30/2014 | Culhane, Stephen | 0.25 |
| | ██████████████████████████ | |

Total Hours................ 2.33

Fees through 06/30/2014.................................... $1,815.30

\*---------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Culhane, Stephen | $910.00 | 0.58 | $527.80 |
| Sausen, David | 760.00 | 1.25 | 950.00 |
| Zwick, Mary L | 675.00 | 0.50 | 337.50 |
| Fees through 06/30/2014............... | | 2.33 | $1,815.30 |

Fees this Invoice.......................................................... $1,815.30

**Total Due this Invoice..............................................** **$1,815.30**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 775031
Total Amount Due: $1,815.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355115



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                         August 25, 2014
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                                    **Invoice#:** 777180
**Our File Number:**00647/0001                                     **PAGE:**   1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2014

|  |  | **Hours** |
|---|---|---|
| 07/02/2014 | Culhane, Stephen | 0.33 |
|  | Advisers Act issues with P Wells. |  |
| 07/08/2014 | Culhane, Stephen | 0.67 |
|  | Conference and related re: regulatory treatment of IRA; follow up with M Stein re: IRA, RIA issues. |  |
| 07/09/2014 | Culhane, Stephen | 0.50 |
|  | Telcon with Matt Stein. |  |
| 07/10/2014 | Culhane, Stephen | 0.33 |
|  | Conference with M Ben-Jacob. |  |

Total Hours................. 1.83

Fees through 07/31/2014.................................... $1,665.30

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Culhane, Stephen | $910.00 | 1.83 | $1,665.30 |
| Fees through 07/31/2014............... | | 1.83 | $1,665.30 |

Fees this Invoice......................................................... $1,665.30
**Total Due this Invoice............................................... $1,665.30**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 777180
Total Amount Due: $1,665.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355117



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com

September 24, 2014

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 780144
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2014

|  |  | Hours |
|---|---|---|
| 08/22/2014 | Golub, Elizabeth | 0.33 |
| 08/26/2014 | Golub, Elizabeth | 0.33 |
| 08/28/2014 | Ben-Jacob, Michael | 0.17 |
| 08/28/2014 | Wells, Peter B | 4.00 |
| 08/29/2014 | Wells, Peter B | 1.67 |

Total Hours................  6.50

Fees through 08/31/2014....................................  $4,258.90

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 0.17 | $133.45 |
| Wells, Peter B | 695.00 | 5.67 | 3,940.65 |
| Golub, Elizabeth | 280.00 | 0.66 | 184.80 |
| Fees through 08/31/2014............... | | 6.50 | $4,258.90 |

*-----------------------COSTS ADVANCED THROUGH 08/31/2014-----------------------*

| Corp. Filings & Searches | $484.50 |
|---|---|
| Total Costs through 08/31/2014......................... | $484.50 |

**KAYE | SCHOLER** LLP

TO:     Argre Management LLC                              September 24, 2014

**RE:** General                                          **Invoice#:** 780144
**Our File Number:** 00647/0001                          **PAGE:**   2

---

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 777180 | 08/25/2014 | $1,665.30 |
| Prior Balance Due............................................................ | | $1,665.30 |

| | |
|---|---|
| Fees this Invoice................................................................ | $4,258.90 |
| Costs this Invoice............................................................... | $484.50 |
| Total Due this Invoice......................................................... | $4,743.40 |
| Prior Balance Due (from above)............................................ | 1,665.30 |
| **TOTAL DUE**............................................................ | **$6,408.70** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355119**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 780144
      Total Amount Due: $6,408.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355120



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                           November 14, 2014
     40 West 57th Street Suite 1610
     New York, New York  10019
     acolodner@maplept.com

**RE:** General                                              **Invoice#:** 783712
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2014

|  |  | **Hours** |
|---|---|---|
| 08/12/2014 | Ben-Jacob, Michael | 0.42 |
| 09/04/2014 | Ben-Jacob, Michael | 0.50 |
| 09/09/2014 | Ben-Jacob, Michael | 0.50 |
| 09/11/2014 | Ben-Jacob, Michael | 0.75 |
| 09/22/2014 | Ben-Jacob, Michael | 1.50 |
| 09/22/2014 | Wells, Peter B | 1.58 |
|  | Call with group re general plan issues. |  |
| 09/25/2014 | Wells, Peter B | 1.50 |
| 09/29/2014 | Ben-Jacob, Michael | 0.50 |
|  | Conference with Peter re: structuring dissolution of plans and payments to Adam. |  |
| 09/29/2014 | Wells, Peter B | 2.50 |
| 09/30/2014 | Wells, Peter B | 2.17 |
| 10/01/2014 | Wells, Peter B | 0.75 |
| 10/09/2014 | Wells, Peter B | 0.83 |
|  | Work on issues related to new plans. |  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355121**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                          November 14, 2014

**RE:** General                                                      **Invoice#:** 783712
**Our File Number:** 00647/0001                                      **PAGE:**    2

========================================================================

| | | | |
|---|---|---|---|
| 10/10/2014 | Wells, Peter B | | 0.50 |
| | Work on new plan matters. | | |
| 10/12/2014 | Ben-Jacob, Michael | | 1.58 |
| | ███████████████████████████████ | | |
| 10/13/2014 | Wells, Peter B | | 1.58 |
| | ████████████████████████ | | |
| 10/14/2014 | Ben-Jacob, Michael | | 0.17 |
| | ███████████████████████ | | |
| 10/14/2014 | Wells, Peter B | | 1.00 |
| | ███████████████████████████ | | |
| 10/20/2014 | Veillette, Rebecca | | 0.50 |
| | █████████████████████████████ | | |

Total Hours................    18.83

Fees through 10/31/2014.....................................    $13,429.65

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 5.92 | $4,647.20 |
| Wells, Peter B | 695.00 | 12.41 | 8,624.95 |
| Veillette, Rebecca | 315.00 | 0.50 | 157.50 |
| Fees through 10/31/2014............... | | 18.83 | $13,429.65 |

Fees this Invoice...........................................................    $13,429.65

**Total Due this Invoice.............................................**    **$13,429.65**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355122**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 783712
      Total Amount Due: $13,429.65

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355123**



KAYE|SCHOLER LLP

250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    December 24, 2014
        40 West 57th Street Suite 1610
        New York, New York 10019
        acolodner@maplept.com

        **RE:** General                              **Invoice#:** 786881
        **Our File Number:**00647/0001                    **PAGE:**    1

=================================================================
### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2014
=================================================================

|            |                        | **Hours** |
|------------|------------------------|-----------|
| 10/21/2014 | Ben-Jacob, Michael     | 0.67      |
| 11/24/2014 | Culhane, Stephen       | 0.25      |
|            | Total Hours................ | 0.92 |
|            | Fees through 11/30/2014................................... | $753.45 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**     **WH_MDL_00355124**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                    December 24, 2014

**RE:** General                                            **Invoice#:** 786881
**Our File Number:** 00647/0001                              **PAGE:**   2

---

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                          | Rate      | Hours | Fees      |
|--------------------------|-----------|-------|-----------|
| Ben-Jacob, Michael       | $785.00   | 0.67  | $525.95   |
| Culhane, Stephen         | 910.00    | 0.25  | 227.50    |
| Fees through 11/30/2014............... | | 0.92  | $753.45   |

Fees this Invoice..............................................................    $753.45

**Total Due this Invoice..............................................................    $753.45**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          **WH_MDL_00355125**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                       Mail Code 81
                       P. O. Box 11839
                       Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

        ABA Routing Number: 021000089
        Bank Identification Code/SWIFT Code: CITIUS33
        Account Name: Kaye Scholer LLP
        Account Number: 9981494431

        RE: Argre Management LLC
        Our File Number: 00647/0001
        Invoice Number: 786881
        Total Amount Due: $753.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                February 19, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                          **Invoice#:** 791361
**Our File Number:**00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2014

|  |  | **Hours** |
|---|---|---|
| 12/12/2014 | Wells, Peter B | 1.25 |
| █████████████████████████ | | |
| | Total Hours................. | 1.25 |
| | Fees through 12/31/2014.................................... | $868.75 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $695.00 | 1.25 | $868.75 |
| Fees through 12/31/2014............... | | 1.25 | $868.75 |

| | |
|---|---|
| Fees this Invoice........................................................ | $868.75 |
| **Total Due this Invoice...............................................** | **$868.75** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355127



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 791361
Total Amount Due: $868.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

# Arnold&Porter

| | |
|---|---|
| **Argre Management LLC** | March 30, 2015 |
| **Argre Management LLC** | Invoice # 2794345 |
| **40 West 57th Street Suite 1610** | EIN 53-0208605 |
| **New York, New York  10019** | |
| **acolodner@maplept.com** | |
| **, NY** | |

**Client/Matter # 1000647.00001**

General

| | |
|---|---|
| **For Legal Services Rendered through February 28, 2015** | 137.70 |
| **Total Amount Due**      $ | <u>137.70</u> |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:

|  |  |
|---|---|
| | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  <u>Invoice@arnoldporter.com</u>

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355129**

March 30, 2015

Invoice # 2794345

**(1000647.00001)**
General

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Michael Ben-Jacob | 02/19/15 | 0.17 | Call with Fed Reserve re: TIC Filings. |
| **Total Hours** | | **0.17** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Michael Ben-Jacob | 0.17 | 810.00 | 137.70 |
| Subtotal: | **0.17** | | **137.70** |
| TOTAL | **0.17** | | **137.70** |

**Total Current Amount Due**                    **$137.70**

Page 1

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355130**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      July 31, 2015
       40 West 57th Street Suite 1610
       New York, New York 10019
       acolodner@maplept.com

**RE:** General                                    **Invoice#:** 805139
**Our File Number:** 00647/0001                      **PAGE:**    1

===============================================================
### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2015
===============================================================

|            |                                                                                                                | **Hours** |
|------------|----------------------------------------------------------------------------------------------------------------|-----------|
| 04/16/2015 | Veillette, Rebecca                                                                                              | 1.20      |
|            | Attention to questions regarding 2013 FBAR filings, structure of entities and reporting requirements of same. Interoffice conferences. |           |
| 04/22/2015 | Veillette, Rebecca                                                                                              | 1.30      |
|            | Attention to FBAR questions.                                                                                    |           |
| 04/24/2015 | Veillette, Rebecca                                                                                              | 0.45      |
|            | Attention to FBAR matters.                                                                                     |           |
| 05/05/2015 | Veillette, Rebecca                                                                                              | 0.40      |
|            | Attention to FBAR matters.                                                                                     |           |
| 05/07/2015 | Veillette, Rebecca                                                                                              | 0.45      |
|            | Attention to foreign bank account reporting matters. Interoffice conferences regarding same.                    |           |
| 05/08/2015 | Veillette, Rebecca                                                                                              | 0.20      |
|            | Attention to 2013 FBAR information.                                                                             |           |
| 05/13/2015 | Veillette, Rebecca                                                                                              | 0.45      |
|            | Attention to foreign tax reporting matters.                                                                     |           |

Total Hours................. 4.45

Fees through 06/30/2015................................... $1,446.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355131**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                                        July 31, 2015

**RE:** General                                                                    **Invoice#:** 805139
**Our File Number:** 00647/0001                                          **PAGE:**    2

---

```
*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                                        Rate        Hours          Fees
Veillette, Rebecca                    $325.00        4.45       $1,446.25
                                                  _____   _____
              Fees through 06/30/2015...............    4.45       $1,446.25


       Fees this Invoice.........................................................    $1,446.25
       Total Due this Invoice..............................................    $1,446.25
```

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355132**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 805139
Total Amount Due: $1,446.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355133**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    August 21, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                          **Invoice#:** 807022
**Our File Number:**00647/0001                                  **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2015

|                                                        | **Hours** |
|--------------------------------------------------------|-----------|
| 07/14/2015   Golub, Elizabeth                          | 0.25      |

|                          |         |
|--------------------------|---------|
| Total Hours............... | 0.25    |
| Fees through 07/31/2015................................... | $70.00 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                       | Rate      | Hours | Fees    |
|-----------------------|-----------|-------|---------|
| Golub, Elizabeth      | $280.00   | 0.25  | $70.00  |
| Fees through 07/31/2015............... | | 0.25 | $70.00 |

*-----------------------COSTS ADVANCED THROUGH 07/31/2015-----------------------*

| Corp. Filings & Searches                 | $250.50 |
|------------------------------------------|---------|
| Total Costs through 07/31/2015........................ | $250.50 |

| Fees this Invoice.......................................................... | $70.00 |
|---------------------------------------------------------------------------|---------|
| Costs this Invoice......................................................... | $250.50 |
| **Total Due this Invoice...............................................** | **$320.50** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355134**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Christopher Kary
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 807022
Total Amount Due: $320.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355135