# Exhibit 79

| From: | Richard Markowitz </O=OEXCH012/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS /CN=RMARKOWITZ> |
| --- | --- |
| To: | Matthew Stein; Jérôme LHOTE; Adam Larosa; John H. van Merkensteijn, III |
| Sent: | 3/9/2012 11:03:24 AM |
| Subject: | Duet Update |

Rob spoke with Aneil.  Duet is definitely eager to move forward with us, but they wanted to propose a 60/40 split of the economics.  (I told Rob that given the way his fee was being paid 8% off the top, a 60% split for us was really 55%; and this may be too low.)  Aneil mentioned that they may be looking for a minimum EUR amount, something like EUR 2mm and the 40% gets them there.)

Aneil also spoke about making sure that deal expenses are put into the pot and not covered by Duet.  (This is how we have been handling it with Solo, anyway.  We would just have to make sure in this case that there isn't some inappropriate allocation of costs from Duet given that they have much broader relationships with some of the service providers like BNP Paribas and Macquarie Bank.)

Regarding a tax opinion from Freshfields, Aneil said it would take at least 10 business days to get one.  I told Rob that we wanted to at least have some conversations with the lawyers as a start, so that we had comfort on the basics of the structure.

Duet does think that we could all begin with the documentation very quickly.  (They must have some ready to go.)

They suggested we have a call on Monday morning, 10 am NY time.  I will forward the call in numbers when I get them from Duet.

The purpose of the call is to try and resolve economics and begin moving forward with documentation.


--
Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:       (212) 247-2600
Fax:       (212) 247-2753
Mobile:   (917) 848-5675

RMarkowitz@Argremgt.com

CONFIDENTIAL